

UNITED STATES DISTRICT AND
BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA
OFFICE OF THE CLERK
E. BARRETT PRETTYMAN COURTHOUSE
WASHINGTON, DC 20001

OFFICIAL BUSINESS

RECEIVED
Mail Room
DEC - 7 2021
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

CLARENCE E BALDWIN
1131 University Blvd West
#403
Silver Spring, MD 20902

CAPITAL DISTRICT 208
24 NOV 2021 PM 1

US POSTAGE ~ PITNEY BOWES
ZIP 20001
02 1W
0001399957 NOV 23 2021
$ 000.53